# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                      CASE NO: 6:05-cr-171-Orl-28KRS

**JAMES IVAN CHRISTIAN**

## ORDER

Defendant's Motion for Early Termination of Supervised Release (Doc. 98) is before the Court for consideration. The Government filed a response wherein both Defendant's Probation Officer and the United States oppose the requested relief. (Doc. 101).

The Court sentenced Defendant on February 10, 2006 to 120 months' imprisonment to be followed by five years of supervised release for possession with intent to distribute and distribution of a quantity of 50 grams or more of cocaine base. (Doc. 47). After being released from prison, Defendant violated his supervised release (trafficking in cocaine, grand theft firearm, possession of a firearm by a convicted felon and possession of cannabis) and on December 12, 2017, the Court sentenced Defendant to thirty-six months of supervised release for his violations. (Doc. 91). In January 2018, Defendant was arrested on a state violation of probation and was jailed from January 7, 2018 to July 16, 2018. (Doc. 101). Probation has filed three reports of Defendant's non-compliance during his thirty-six months of supervised release. (Docs. 92, 94, 96).

Defendant's supervised release in this case was tolled while he was incarcerated for his state violation of probation. *See* 18 U.S.C. § 3624(e). Defendant now seeks termination of his supervised release imposed in December 2017 to the original

contemplated expiration of December 2020, rather than the recalculated expected release date of June 19, 2021. (Docs. 98, 101).

Under 18 U.S.C. §3583(c)(1), I have considered the pertinent factors of 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) and the purpose of supervised release. Defendant's Motion to Terminate Supervised Release (Doc. 98) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Counsel for Defendant